IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01343-WYD-MEH

WAUNITA E. ROUTA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed July 14, 2006).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated:  July 18, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge